UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISON
LEXINGTON

Eastern District of Kentucky
FILED

JUN 04 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **SUPERSEDING INDICTMENT NO. 5:26-CR-49-S-GFVT**

**JONATHAN O. HUFF**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 922(g)(1)**

On or about April 12, 2026, in Fayette County, in the Eastern District of Kentucky,

**JONATHAN O. HUFF,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, namely,

1. Glock, Model 19 Gen5, 9mm caliber pistol bearing serial number BNKT999;
2. Ruger, Model AR-556, 5.56 caliber rifle bearing serial number 859-73250;
3. Sig Sauer, Model P226 Elite, 9x19 caliber pistol bearing serial number 47E019645;
4. Aero Precision, Model M5, multicaliber rifle bearing serial number LTYM5-00405; and
5. American Tactical Imports, Model Omni Hybrid, multicaliber receiver bearing serial number NS379356;

that were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

**COUNT 2**
**26 U.S.C. § 5861(c)**

On or about April 12, 2026, in Fayette County in the Eastern District of Kentucky,

**JONATHAN O. HUFF**

knowingly possessed a firearm, namely, a silencer, made in violation of Chapter 53 of Title 26, in violation of 26 U.S.C. §§ 5822, 5861(c) and 5871.

**COUNT 3**
**26 U.S.C. § 5861(d)**

On or about April 12, 2026, in Fayette County, in the Eastern District of Kentucky,

**JONATHAN O. HUFF**

knowingly received and possessed a firearm, namely, a silencer, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**26 U.S.C. § 5872(a)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offenses alleged in the Superseding Indictment, **JONATHAN O. HUFF** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 842 and 26 U.S.C. § 5861. Any and all interest that **JONATHAN O. HUFF** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of Superseding Indictment, **JONATHAN O. HUFF** shall forfeit to the United States any and all firearms involved in the violations of 26 U.S.C. § 5861(d). Any and all interest that **JONATHAN O. HUFF** has in this property is vested in and forfeited to the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

a.) Glock, Model 19Gen5, 9mm caliber pistol bearing serial number BNKT999;

b.) Ruger rifle, Model AR-556, 5.56 caliber rifle, bearing serial number 859-73250;

c.) Sig Sauer, Model P226 Elite, 9x19 caliber pistol bearing serial number 47E019645;

d.) AERO precision LLC, Model LBRTY M5, multi caliber rifle bearing serial number LTYM5-00405; and

e.) American Tactical Imports, Model Omni Hybrid, multi caliber receiver bearing serial number NS379356;

f.) Silencer seized from the Defendant's residence on or about April 12, 2026;

g.) Ammunition.

[redacted]

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**CYNTHIA T. RIEKER**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

| | |
|---|---|
| **COUNT 1:** | Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release. |
| **COUNTS: 2-3:** | Not more than 10 years imprisonment, a $10,000 fine, and 3 years supervised release. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Forfeiture, as alleged. |
| **PLUS:** | Restitution, if applicable. |